IN THE UNITED STATES DISTRICT COURT FOR THE
STATE OF MARYLAND

| | |
|---|---|
| Paul Hart<br>101 S. Tollgate Road<br>Owings Mills, MD 21117<br>  And<br>MCIL Resources for<br>Independent Living, Inc.<br>5807 Harford Road<br>Baltimore, MD 21214<br>  Plaintiffs<br><br>Vs.<br><br>Gerald J. Stautberg<br>3037 Jarrettsville Pike<br>Monkton, MD 21111<br>  Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Civil No.  MJG-03-CV-207<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiffs by their attorney hereby request that the court dismiss this action in accordance with rule 111. The Parties have settled all claims counter-claims, cross-claims, third party claims and claims for attorney's fees and costs.

Respectfully Submitted,

_____/s/_____
Stephen J. Kacala
35 North Montford Avenue
Baltimore, MD 21224
Telephone:  410-563-6844
Attorney for the Plaintiffs
Federal Bar No. 25780